**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

**CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
MDD_DLBChambers@mdd.uscourts.gov**

June 17, 2026

**LETTER ORDER**

RE:     *Durham v. National Association of Black Journalists*
        DLB-25-4140

Dear Counsel:

This letter outlines my informal discovery dispute procedure.  Please use the expedited process detailed below for any discovery disputes that remain after your good faith effort to resolve the dispute on your own.  Please do not file any discovery motions until this process has been followed and I advise you that formal briefing is necessary.

My informal discovery dispute procedure is as follows:

At the outset, I note that you are required to attempt to resolve any discovery disputes among yourselves in the first instance.  If you are unable to do so, you may:

1.     File a <u>joint</u> brief letter, not to exceed one page, advising that you would like me to resolve a discovery dispute, noting the nature of the dispute, and confirming that you have attempted to resolve it on your own and that you have held a Local Rule 104.7 conference.  Please note that the meet-and-confer requirement contemplates a discussion between counsel, not an email exchange.

2.     Within 24 hours of sending the joint letter noted above, counsel involved in the discovery dispute shall file short letters, not to exceed three pages, setting forth their respective positions.  You are not to reply to each other's letters.  This procedure contemplates that you will file your letters contemporaneously and that you already are familiar with the other party's position by virtue of your conference.

3.     Upon review of these letters, I will determine whether a conference is necessary to resolve the dispute.  If not, I will resolve the dispute.  If so, I will schedule a conference call.

4.     It shall be the responsibility of plaintiff's counsel to arrange for a conference call at the prescribed time.

*Durham v. National Association of Black Journalists*
DLB-25-4140
June 17, 2026
Page 2

5.      I will not record the conference call.  If you would like a court reporter to record the call, it will be your responsibility to secure a court reporter.  If a court reporter participates in the call, you must advise me and opposing counsel at the commencement of the call that a record is being made.

I will do my best to resolve as many disputes as I can in this informal manner.  If, however, I determine that the issues are too complicated for me to do so after hearing from you, I may request formal briefing.

Although informal, this letter is an Order of the Court and shall be docketed as such.

Sincerely,

Deborah L. Boardman
United States District Judge